CUYAHOGA COUNTY BAR ASSOCIATION *v.* BERNARDIC.

[Cite as *Cuyahoga Bar Assn. v. Bernardic* (1995), 74 Ohio St.3d 26.]

(No. 95–764—Submitted September 26, 1995—Decided November 8, 1995.)

28

*Gary S. Fishman; Stanley E. Stein & Associates* and *Stanley E. Stein; Javitch, Block, Eisen & Rathbone* and *Saul Eisen,* for relator.

*Monroe & Zucco, George C. Zucco* and *John S. Canala,* for respondent.

*Per Curiam.* Upon review of the record, we concur in the board's findings of misconduct and its recommendation. Respondent is therefore permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.